UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:15-cv-02039-JA-TBS

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER
FOR AMTRUST BANK,

        Plaintiff,

v.

THE MORTGAGE FIRM, INC.,
a Florida corporation,

        Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d) and Related Case Order and Track Two Notice (DE 3), I certify that the instant action:

**IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of the Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 21, 2015.

      **By:**   */s/ George T. Breur*
             George T. Breur
             Florida Bar No. 33283
             gbreur@sgfcounsel.com
             **STOLZENBERG GELLES FLYNN & ARANGO, LLP**
             1401 Brickell Avenue, Suite 825
             Miami, Florida 33131
             Telephone: 305-961-1450
             Facsimile: 305-423-3979
             *Counsel for Plaintiff*