## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:15-CV-2039-ORL-28 TBS

Plaintiff:
**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK**

vs.

Defendant:
**THE MORTGAGE FIRM, INC**

For:
Josh Migdal, Esq
STOLZENBERG, GELLES, FLYNN & ARANGO, LLP
1401 Brickell Ave
Suite 825
Miami, FL 33131

Received by OJF Services, Inc. on the 27th day of January, 2016 at 9:34 am to be served on **THE MORTGAGE FIRM, INC C/O RUSS STEWART, REGISTERED AGENT, 921 DOUGLAS AVE, SUITE 200, ORLANDO, FL 32804.**

I, Ann F. Harper, being duly sworn, depose and say that on the **27th day of January, 2016 at 1:19 pm**, I:

**Corporate-SERVED** the within named entity by delivering a true copy of the **SUMMONS, COMPLAINT, RELATED CASES ORDER AND TRACK TWO NOTICE AND ORDER ON INTERESTED PERSONS AND CORPORATE DISCLOSURE** at the address of **921 Douglass Ave., Suite 200, Altamonte Springs, FL 32714** with the date and hour of service endorsed thereon by me to: **Russ Stewart** as **Registered Agent** of same, and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091.

**Additional Information pertaining to this Service:**
921 DOUGLAS AVE, SUITE 200, ORLANDO, FL 32804 is non-existent.



## AFFIDAVIT OF SERVICE For 6:15-CV-2039-ORL-28 TBS

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a **Certified Process Server** in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

State of FLORIDA County of ORANGE

Subscribed and Sworn to before me on the 27th day of January, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DESIREE GARCIA
MY COMMISSION # FF 027074
EXPIRES: June 13, 2017
Bonded Thru Budget Notary Services

_____
Ann F. Harper
18th Circuit CPS#409

OJF Services, Inc.
13727 S.W. 152 St
Suite 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2016001302
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t